**FILED**
March 19, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Joseph Hinojos_____
DEPUTY

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  **PE: 26-MJ-92** |
| Sammy Joe Wright | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____June 17, 2025____ in the county of ____Ward____ in the ____Western____ District of ____Texas____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 841 (a) (1) (A) | Knowingly or Intentionally did Possess with the Intent to Distribute Approximately 695 grams of Crystal Methamphetamine, a Controlled Substance. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Douglas McIntyre*
*Complainant's signature*

Douglas McIntyre, Special Agent
*Printed name and title*

Complaint sworn to in my presence and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

Date:   03/19/2026

*Judge's signature*

City and state:   Alpine, Texas

Honorable Judge David B. Fannin
*Printed name and title*

## ATTACHMENT

**FACTS:**

On June 17, 2025, Ward County Sheriff's Office (WCSO) were serving a federal arrest warrant at a residence in Wickett, Ward County, Texas within the Western District of Texas. During execution of the arrest warrant, Deputies observed drug paraphernalia in plain view of the travel trailer. Deputies detained the owner and two others pending further investigation. A search warrant was issued for the travel trailer on the property.

During a search of the travel trailer, Deputies located twenty-seven individual clear baggies which tested positive for crystal methamphetamine inside a school style backpack. The baggies were packaged in ounce quantities for re-distribution. The total weight was approximately 695 grams.

On June 18, 2025, Special Agents of the Drug Enforcement Administration responded to the Ward County Jail in Monahans, Texas to assist with the investigation.

As the investigation continued, Agents learned Sammy WRIGHT participated in the distribution of the crystal methamphetamine through interviews and search warrants of cellular devices.

On January 8, 2026, during a custodial interview, WRIGHT admitted to introducing co-defendants for the sole purpose of crystal methamphetamine distribution. Agents located messages within WRIGHTS's phone which showed WRIGHT was redistributing crystal methamphetamine at or near the time of the seizure. WRIGHT also admitted to being present when 4.2 pounds or 1,905 grams were delivered to Wickett, Texas approximately five days prior to the seizure of 695 grams of crystal methamphetamine.

*Douglas McIntyre* March 19, 2026
Douglas McIntyre
Special Agent
Drug Enforcement Administration

David B. Fannin
United States Magistrate Judge